

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00154-CV

**IN RE** V.O. **CARDEN** Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  April 9, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On March 6, 2014, relator filed a petition for writ of mandamus complaining of the trial court's partial denial of a motion to sever and abate claims filed against relator. The court has considered relator's petition for writ of mandamus, along with the record and responses filed on behalf of the real parties in interest, and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 13-0700176CVL, styled *Brett Radcliffe, Robert Radcliffe and Mamba Minerals, LLC v. Double Eagle Development, LLC and Tidal Petroleum, Inc.*, pending in the 218th Judicial District Court, La Salle County, Texas, the Honorable Donna S. Rayes presiding.